# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Allanna Warren,<br><br>               Plaintiff,<br><br>v.<br><br>Sparks Police Department; et al.,<br><br>               Defendants. | Case No. 2:23-cv-00065-GMN-DJA<br><br>**Order** |

      Before the Court is attorney Robert S. Melcic's motion to withdraw.  (ECF No. 13). Melcic explains that he withdrew from his representation of Plaintiff before the LVMPD removed the case to federal court.  (*Id.* at 2).  Having been erroneously included in the instant federal action as Plaintiff's attorney, Melcic filed a notice of withdrawal on January 17, 2023, which the Clerks' office rejected because it was not styled as a motion to withdraw.  (ECF Nos. 6, 8). Melcic thus filed the instant motion to withdraw.  (ECF No. 13).  Plaintiff's case has also since been dismissed because Plaintiff did not respond to LVMPD's motion to dismiss.  (ECF No. 10).

      The Court will grant Melcic's motion to withdraw because he did not technically enter an appearance in this matter.  However, it is unclear to the Court whether Plaintiff has been receiving all filings in this case because Melcic is her listed attorney.  The Court will thus require Melcic to mail Plaintiff a copy of this order and the order dismissing Plaintiff's case (ECF No. 10) to her last known address.

///

///

///

**IT IS THEREFORE ORDERED** that Melcic's motion to withdraw (ECF No. 13) is **GRANTED.** Melcic is directed to mail Plaintiff a copy of this order and of the order dismissing Plaintiff's case (ECF No. 10).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to remove Melcic as Plaintiff's attorney on the docket and to put Plaintiff's address in place of Melcic's:

Allanna Warren

9620 S. Las Vegas Boulevard

Suite E461

Las Vegas, NV 89123

DATED: February 21, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE