# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Allanna Warren,<br><br>                     Plaintiff,<br><br>v.<br><br>The City of Las Vegas, Nevada; the County of Clark, Nevada; Las Vegas Metropolitan Police Department, et al.<br><br>                     Defendants. | Case No. 2:23-cv-00065-GMN-DJA<br><br>**Order** |

Before the Court is Plaintiff's Petition for order to enforce issued subpoena. (ECF No. 249). The Court finds this to be discovery papers which should not be filed with the Court until used in the proceeding under Fed. R. Civ. P. 5(d)(1)(A) and LR 26-7.

**IT IS THEREFORE ORDERED** that Plaintiff's petition for order to enforce issued subpoena (ECF No. 249) is DENIED.

**IT IS FURTHER ORDERED** that the Clerk of Court STRIKE the subpoena (ECF No. 249).

DATED: May 16, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE