**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
W. Reese Levins, Esq.
Nevada Bar No. 15951
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
rlevins@maclaw.com
  Attorneys for Defendant Las Vegas Metropolitan Police Department

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLANNA WARREN,<br><br>                          Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS VEGAS NEVADA, and THE COUNTY OF CLARK NEVADA, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DOE GOVERNMENT ENTITIES 4 through 10, LAS VEGAS METROPOLITAN POLICE DEPARTMENT POLICE OFFICER DOE 1 through 50, and DOE INDIVIDUALS 6 through 50, all in their individual and official capacities,<br><br>                          Defendants. | Case Number:<br>2:23-cv-00065-GMN-DJA<br><br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through their attorneys of record, Marquis Aurbach, respectfully requests attorney Jacqueline V. Nichols, Esq. be removed from the CM/ECF service list for the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

MAC:14687-430 5567267_1 8/6/2024 12:12 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Ms. Nichols is no longer with the law firm of Marquis Aurbach and therefore request the email addresses of jnichols@maclaw.com and kbusch@maclaw.com be removed from the service list.

Dated this 6th day of August, 2024.

MARQUIS AURBACH

By: /s/ Craig R. Anderson
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    W. Reese Levins, Esq.
    Nevada Bar No. 15951
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendant Las Vegas
    Metropolitan Police Department

**IT IS SO ORDERED**.

DATED: 8/7/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-430 5567267_1 8/6/2024 12:12 PM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 6th day of August, 2024.

☒      I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐      I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-430 5567267_1 8/6/2024 12:12 PM