# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Allanna Warren,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>The City of Las Vegas, Nevada; the County of Clark, Nevada; Las Vegas Metropolitan Police Department, et al.<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00065-GMN-DJA<br><br>**Order** |

Before the Court is Plaintiff's petition for order to enforce issued subpoena. (ECF No. 289). The Court has already denied Plaintiff's motion to enforce the same subpoena she includes in her instant motion. *Compare* (ECF Nos. 278 and 284) *with* (ECF No. 289). Plaintiff has already appealed that decision. (ECF No. 285). Nonetheless, she filed the subpoena again. (ECF No. 289). The Court thus construes Plaintiff's instant motion as asking the Court to reconsider its denial of her prior motion. But Plaintiff has provided no reason why the Court should reconsider its decision. *See* LR 7-2(a).

**IT IS THEREFORE ORDERED** that Plaintiff's petition for order to enforce issued subpoena (ECF No. 289) is DENIED.

DATED: August 26, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE